IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01139-REB-MJW

RON GENOVA, M. D.,

Plaintiff(s),

v.

BANNER HEALTH, an Arizona non-profit corporation,
NORTH COLORADO MEDICAL CENTER, d/b/a for Banner Health, and
RICK SUTTON, individually and as CEO and an employee of NCMC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 11) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 11-1) is APPROVED and made an Order of Court.

Date:  August 16, 2011