IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01139-RBJ-MJW

RON GENOVA, M. D.,

Plaintiff(s),

v.

BANNER HEALTH, an Arizona non-profit corporation,
d/b/a North Colorado Medical Center, and
RICK SUTTON, individually and as CEO and an employee of North Colorado Medical Center,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to File an Amended Complaint (Docket No. 20) is granted, and the tendered Amended Complaint (Docket No. 20-1) is accepted for filing as of the date of this Minute Order.

Date: October 7, 2011