IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01139-RBJ-MJW

RON GENOVA, M. D.,

Plaintiff,

v.

BANNER HEALTH, an Arizona non-profit corporation,
d/b/a North Colorado Medical Center, and
RICK SUTTON, individually and as CEO and an employee of North Colorado Medical Center,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order (docket no. 26) is GRANTED. The Settlement Conference set before Magistrate Judge Watanabe on January 10, 2012, at 10:00 a.m. is VACATED. The deadline for Plaintiff to disclose experts is extended to March 31, 2012. The deadline for Defendants to disclose experts is extended to April 30, 2012.

Date: January 9, 2012