# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-01139-RBJ-MJW     FTR - Courtroom A-502

**Date:**  March 19, 2012     Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| RON GENOVA, M. D., | Charles H. Torres |
| Plaintiff(s), | |
| v. | |
| BANNER HEALTH, an Arizona non-profit corporation, d/b/a North Colorado Medical Center, and | Meghan E. Pound<br>Linda L. Siderius |
| RICK SUTTON, Individually and as CEO and an employee of North Colorado Medical Center, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   11:10  a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel and/or Request for Sanctions re: Destruction of Evidence [Docket No. 30, filed February 17, 2012] for argument.
Argument by Mr. Torres on behalf of plaintiff.
Argument by Ms. Pound on behalf of defendants.

**It is ORDERED:**     Plaintiff's MOTION TO COMPEL AND/OR REQUEST FOR SANCTIONS RE: DESTRUCTION OF EVIDENCE  [Docket No. **30**, filed February 17, 2012] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.
**Court in recess:**   11:37
Total In-Court Time 00:27

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.