IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01139-RBJ-MJW

RON GENOVA, M. D.,

Plaintiff,

v.

BANNER HEALTH, an Arizona non-profit corporation,
d/b/a North Colorado Medical Center, and
RICK SUTTON, individually and as CEO and an employee of North Colorado Medical Center,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Stay (Docket No. 45) is granted as follows.  If the defendants' objection (Docket No. 40) to this court's Order entered on March 20, 2012 (Docket No. 37), is overruled, then defendants shall file their response to plaintiff's counsel's affidavit regarding attorney fees and costs (Docket No. 43) no later than ten days after Judge Jackson's ruling on the objection.  Plaintiff shall then have ten days to file a reply.

Date:  April 19, 2012